479 A.2d 1135

Commonwealth v. Ruffing, Appellant.

Submitted April 16, 1984. Clayton T. Hyman, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ. Order affirmed.

CERCONE, J., concurred in the result.